1  ETHAN JACOBS (SBN 291838)
   ethan@ejacobslaw.com
2  ETHAN JACOBS LAW CORPORATION
   100 Pine Street, Suite 1250
3  San Francisco, CA 94111
   Telephone: (415) 275-0845
4
5  Attorneys for Plaintiff
   NUBE GROUP LLC
6
7  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
   WHITE & CASE LLP
8  555 South Flower Street, Suite 2700
   Los Angeles, CA 90071-2433
9  Telephone: (213) 620-7700
   Facsimile: (213) 452-2329
10
11 Attorneys for X CORP., as successor in interest
   to named defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NUBE GROUP LLC, | No. 3:23-cv-00921-TSH |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| TWITTER, INC., | |
| Defendant. | |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nube Group LLC ("Nube Group"), and X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter") hereby stipulate to dismissal of this action with prejudice. Each party shall bear its own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

[SIGNATURES ON FOLLOWING PAGE]

| | | |
|---|---|---|
| 1 | Dated: May 11, 2023 | ETHAN JACOBS LAW CORPORATION |
| 2 | | By: /s/ Ethan Jacobs |
| 3 | | Ethan Jacobs |
| 4 | | Attorneys for Plaintiff |
| 5 | | NUBE GROUP LLC |
| 7 | Dated: May 11, 2023 | WHITE & CASE LLP |
| 9 | | By: /s/ J. Jonathan Hawk |
| 10 | | J. Jonathan Hawk |
| 11 | | Attorneys for X CORP., as successor in interest to named defendant Twitter, Inc. |

**FILER'S ATTESTATION**

I, Ethan Jacobs, am the ECF user whose identification and password are being used to file the Stipulation of Dismissal of Action with Prejudice. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Ethan Jacobs