ETHAN JACOBS (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, CA  94111
Telephone:  (415) 275-0845

Attorneys for Plaintiff
NUBE GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NUBE GROUP LLC, | No. 3:23-cv-00921-TSH |
|---|---|
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |
| v. | |
| TWITTER, INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this action is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney fees.

Dated this  11th  day of May 2023.

_____
Hon. Thomas S. Hixson
United States Magistrate Judge